Decided January 28, 2002

## JOAN SANDOW ET AL. *v.* MARY ANN ECKSTEIN ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 67 Conn. App. 243 (AC 21153), is denied.

KATZ, J., dissenting. I would grant the plaintiffs' petition for certification to appeal.

*Brenden P. Leydon*, in support of the petition.

*Constance L. Epstein*, in opposition.

Decided January 28, 2002